**EXHIBIT A**

**CT Corporation**

**Service of Process Transmittal**
10/17/2019
CT Log Number 536457811

| | |
|---|---|
| **TO:** | KIM LUNDY SERVICE OF PROCESS<br>WALMART INC.<br>702 SW 8TH ST, MAILSTOP 0215<br>BENTONVILLE, AR 72716-6299 |
| **RE:** | **Process Served in Virginia** |
| **FOR:** | Wal-Mart Stores East, LP (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Bi Jie, Pltf. vs. Wal-Mart, Inc. and Wal-Mart Stores East, LP, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet |
| **COURT/AGENCY:** | Fairfax County Circuit Court, VA<br>Case # CL20190013803 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/30/2017 - Located at 1500 B Comerside Blvd., Vienna, Virginia |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/17/2019 at 15:10 |
| **JURISDICTION SERVED :** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service |
| **ATTORNEY(S) / SENDER(S):** | James R. Tate<br>Tate Bywater PLC<br>2740 Chain Bridge Road<br>Vienna, VA 22181<br>703-938-5100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/18/2019, Expected Purge Date: 10/23/2019<br><br>Image SOP<br><br>Email Notification, KIM LUNDY SERVICE OF PROCESS ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**

SPS

COMMONWEALTH OF VIRGINIA
CIRCUIT COURT OF FAIRFAX COUNTY
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

Jie Bi  vs.  WalMart Inc et al.

CL-2019-0013803

TO:     WalMart Stores East LP
        Serve: CT Corporation System
        4701 Cox Road, Suite 285
        Glen Allen VA 23060

## SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on October 15, 2019.

JOHN T. FREY, CLERK

By: _Betty BWheder_
                    **Deputy Clerk**

Plaintiff's Attorney:  James R Tate

**EXHIBIT A**

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

FILED
CIVIL INTAKE

2019 OCT -8  AM 9: 45

JOHN T. FREY
CLERK. CIRCUIT COURT
FAIRFAX, VA

| | |
|---|---|
| **JIE BI**<br>7314 Churchill Road<br>McLean, Virginia 22101<br><br>Plaintiff,<br><br>v.<br><br>**Wal-Mart, Inc.**<br>**Wal-Mart Stores East, LP**<br>702 S.W. 8th Street<br>Bentonville, Arkansas 72716<br>Serve:<br>C T Corporation System<br>4701 Cox Rd, Ste 285<br>Glen Allen, VA 23060 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: **2 0 1 9   1 3 8 0 3** |

---

## COMPLAINT

COMES NOW the Plaintiff, Jie Bi, who complains and alleges as follows:

1.     Plaintiff is a resident of Virginia, residing at 7314 Churchill Road, McLean, Virginia 22101.

2.     Defendant, Wal-Mart, Inc. and Wal-Mart Stores East, LP, is a Delaware limited partnership, having its principal office at 702 S.W. 8th Street, Bentonville, Arkansas 72716, and a registered agent in Virginia.

3.     The amount in controversy satisfies this Court's jurisdictional requirements.

4.     Venue is proper in this Court. The action arose within Fairfax County, Virginia.

1

5.      On October 30, 2017 at approximately 1:30 p.m. Plaintiff was shopping at
Defendant's Store #5936, located at 1500 B Cornerside Blvd., Vienna, Virginia. Plaintiff was
looking to purchase candy and bleach and asked a Wal-Mart Associate for assistance in finding
the items that he was seeking. The Wal-Mart Associate assisting Plaintiff led him to another area
of the store where Plaintiff fell and was seriously injured. As Plaintiff was following the Wal-
Mart Associate, she led him past an empty shopping cart next to a loose metal shelf that was
sticking out into the walk space. A part of Plaintiff's clothing, a shoelace or his jeans, became
caught in a corner of the shelf and Plaintiff fell. A Wal-Mart Store Manager came over to the
area where Plaintiff fell and, before Plaintiff had recovered sufficiently to take photographs of
the area where he fell, the Store Manager closed the gap on the shelf that caused Plaintiff to fall.

6.      Defendant knew or should have known about the hazardous condition on their
property. Specifically, Defendant knew or should have seen that the shelf, as left at the time
Plaintiff's clothing became entangled, was a hazard to Defendant's invitees such as Plaintiff.

7.      Defendant's Associate who was guiding Plaintiff did not take any steps to warn or
remediate the danger to Plaintiff, such as removing the shopping cart obstructing Plaintiff's view
and closing the gap on the shelf that caught Plaintiff's clothing causing him to fall.

8.      Plaintiff was an invitee to Defendant's premises and, as such, Defendant owed
him a duty to exercise due care to protect and warn Plaintiff about conditions that can result in
injury.

9.      Defendant's failure to remove or warn of this hazardous condition was negligent
and was the proximate cause of Plaintiff's injuries.

2

**EXHIBIT A**

10.    The personal injuries suffered by Plaintiff include bodily injuries, physical pain,

suffering, inconvenience, mental anguish, humiliation and embarrassment, as well as medical

bills.

WHEREFORE, your Plaintiff prays for judgment, jointly and severally, against

Defendant, for all injuries caused by Defendants' negligence in the amount of One Hundred Fifty

Thousand Dollars ($150,000.00), and for costs in this matter, and such other and further relief as

the Court may deem proper.

PLAINTIFF DEMANDS A TRIAL BY JURY.

                                                                  Jie Bi
                                                                  By Counsel

TATE BYWATER PLC

James R. Tate, Esq., VSB #6241
2740 Chain Bridge Road
Vienna, Virginia 22181
T: (703) 938-5100
F: (703) 991-0605
E: jtate@tatebywater.com
Counsel for Plaintiff

3

**EXHIBIT A**

## FAIRFAX CIRCUIT COURT
## CIVIL CASE COVERSHEET

2019  13803

**Parties:**

| Plaintiffs | Defendants |
|---|---|
| 1.  Jie Bi | 1.  Wal-Mart, Inc. |
| 2. | 2.  Wal-Mart Stores East, LP |
| 3. | 3. |

**\*Plaintiff proceeding without Counsel – Address and Daytime Phone Number required on Complaint**

**Plaintiff Attorney:**

Name:  **James R. Tate**          Bar ID:  6241

Firm:  **TATE BYWATER**

Street:  **2740 Chain Bridge Road**

City:  **Vienna**      State:  **VA**      Zip:  22181

Phone Number:  **703-938-5100**      Fax Number:  **703-991-0605**

E-mail Address:  jtate@tatebywater.com

**Nature of Complaint (Check only one)          * Cases in the Civil Tracking Program**

| | | |
|---|---|---|
| Administrative Appeal | Defamation * | Malpractice – Medical * |
| Affirmation of Marriage | Delinquent Taxes * | Mechanics/Vendors Lien * |
| Aid & Guidance | Eminent Domain | Partition * |
| Appeal Decision of Board of Zoning | Encumber/Sell Real Estate | Personal Injury – Assault * |
| Appeal of Process/Judicial Appeal | Erroneous Assessments | Personal Injury – Auto * |
| Appointment Church/Organization Trustees | Expungement | Personal Injury – Emotional * |
| Arbitration | False Arrest/Imprisonment* | ✔ Personal Injury – Premises Liability* |
| Attachment | Fiduciary/Estate Complaint | Property Damage* |
| Complaint – Equity  * | Garnishment–Federal–180 days | Products Liability* |
| Complaint – Legal Cause of Action * | Garnishment–Wage–180 days | Quiet Title * |
| Compromise Settlement | Garnishment–Other – 90 days | Real Estate * |
| Condemnation* | Guardian/Conservator Adult | Restoration of Driving Privilege |
| Confession of Judgment | Guardianship/Minor | Vital Record Correction |
| Construction  * | Injunction | Writ Habeas Corpus |
| Contract * | Interpleader | Writ Mandamus |
| Conversion* | Insurance * | Wrongful Death* |
| Court Satisfaction of Judgment | Judicial Review | Wrongful Discharge * |
| Declare Death | Malicious Prosecution * | OTHER: |
| Declaratory Judgment * | Malpractice – Legal * | |

Damages in the amount of $ 150,000.00 _____ are claimed.

**Requested Service:** Sheriff☐ Private Process Server☐ DMV☐ Secretary of Commonwealth☐
State Corporation Commission☐ Publication☐ No Service at this time☐